ETHEL ROSENTHAL et al., Respondents, v. NATHAN DICKER et al., Appellants.— Appeal by defendants from an order denying their motion to dismiss the complaint for failure to state facts sufficient to constitute a cause of action. Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from the entry of the order hereon. (*MacKinnon Pen Co.* v. *Fountain Ink Co.*, 16 Jones & Sp. 442, appeal dismissed, 93 N. Y. 658; *Beal* v. *Chase*, 31 Mich. 490.) Close, P. J., Hagarty, Carswell, Johnston and Aldrich, JJ., concur.